Miles D. Grant, Esq.        (SBN  89766)
Alexander J. Kessler, Esq.  (SBN 278240)
Phillip A. Zunshine, Esq.   (SBN 339010)
**GRANT & KESSLER, APC**
1331 India Street
San Diego, CA 92101
Tel: 619-233-7078; Fax: 619-233-7036

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAMIDREZA RAHMATOLLAH SABOOR<br><br>Plaintiff,<br><br>v.<br><br>SEYED JAFAR JAFARI aka SAYED JAFAR SAYED MOHAMED SALEH<br><br>Defendants | CASE NO.<br><br>**COMPLAINT FOR RECOGNITION OF FOREIGN MONEY JUDGMENT** |

Plaintiff, HAMIDREZA RAHMATOLLAH SABOOR, through his undersigned lawyers, brings this action against SEYED JAFAR JAFARI aka SAYED JAFAR SAYED MOHAMED SALEH ("Defendant") and alleges as follows:

**PRELIMINARY ALLEGATIONS**

A.  *Jurisdiction and Venue*

1. Jurisdiction is proper in the United States District Court, pursuant to 28 U.S.C. § 1332(a)(2), because Plaintiff is a citizen of Iran and Defendant is a citizen of the State of California, thus creating diversity of citizenship, and Plaintiff's damages, exclusive of interest and costs, is in excess of $75,000.

/ / /

2. This Court has personal jurisdiction over Defendant because Defendant is an individual residing in Calabasas, California.

3. Venue is proper in this judicial district under 28 U.S.C. § 1391 in that this is the judicial district in which the Defendant resides.

B. ***The Parties***

4. Plaintiff is an individual who is a citizen of Iran.

5. Defendant is an individual who is a citizen of and resides in the City of Calabasas, State of California.

## FIRST CLAIM FOR RELIEF

**[Recognition of Foreign Judgment - Uniform Foreign Country Money Judgment Recognition Act, CCP § 1713, et seq.]**

6. Plaintiff re-alleges and incorporates by this reference paragraphs 1-5 of the Preliminary Allegations.

7. On January 20, 2010, Plaintiff filed a lawsuit against Defendant in the Count of First Instance of Dubai ("Dubai Action"). The Dubai Action alleged that Defendant delivered a check to Plaintiff that was returned for insufficient funds. The check was for $4,000,000 United Arab Emirates ("UAE") Dirham, which is the currency in Dubai.

8. Defendant was served with process in the Dubai Action in accordance with the laws of Dubai. At the time of service, Defendant was a resident of Dubai. Defendant appeared in the Dubai Action, defended himself, and was represented by an attorney.

9. On December 31, 2014, the court in the Dubai Action entered a judgment ("Dubai Judgment") in favor of Plaintiff and against Defendant in the amount of $4,000,000 UAE Dirham, together with interest thereon at the rate of five percent per annum beginning January 20, 2010. A copy of the Dubai Judgment is attached as ***Exhibit 1*** and a certified English translation is attached as ***Exhibit 2.***

///

COMPLAINT

10. The applicable exchange rate on the day of entry of the Dubai Judgment, December 31, 2014, was one UAE Durham to 0.27 U.S. Dollars. Therefore, in U.S. Dollars, the total judgment is $1,080,000, together with five percent annual interest beginning January 20, 2010.

11. The Dubai Judgment is final, conclusive, and enforceable.

12. Under the Uniform Foreign Country Money Judgment Recognition Act ("UFCMJRA"), California Code of Civil Procedure § 1713, *et seq.*, this Court should recognize and enforce the Dubai Judgment.

## SECOND CLAIM FOR RELIEF

**[Recognition of Foreign Judgment Pursuant to International Comity]**

13. Plaintiff re-alleges and incorporates by this reference paragraphs 1-5 of the Preliminary Allegations and 6-12 of the First Cause of Action.

14. The Court has authority to recognize foreign judgments even in circumstances where the judgments are not within the scope of the UFCMJRA.

15. The Dubai Judgment is entitled to recognition and enforcement pursuant to traditional principles of international comity as understood and applied by the courts of the United States and State of California.

**WHEREFORE,** Plaintiff prays for judgment against Defendant as follows:

## PRAYER TO ALL CAUSES OF ACTION

A. For judgment against Defendant in the amount of $1,080,000, together with five percent interest per annum from January 20, 2010;

B. For costs of suit herein incurred; and

C. For such other and further relief as this Court deems fair and proper.

Dated: April 1, 2022              GRANT & KESSLER, APC

By: */s/ Phillip A. Zunshine*
Phillip A. Zunshine
Attorneys for Plaintiff

X:\Data\19-782\A-Master\Pleadings\Complaint-03.wpd

COMPLAINT