**AT-135**

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State bar number, and address):<br>Miles D. Grant, Esq. (SBN 89766)<br>Phillip A. Zunshine, Esq. (SBN 339010)<br>GRANT & KESSLER, APC<br>1331 India Street, San Diego, CA 92101<br>TELEPHONE NO.: 619-233-7078   FAX NO. (Optional): 619-233-7036<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Plaintiff | FOR COURT USE ONLY |
| **UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA**<br>STREET ADDRESS: 255 E. Temple Street<br>MAILING ADDRESS: 255 E. Temple Street<br>CITY AND ZIP CODE: Los Angeles, CA 90012<br>BRANCH NAME: Roybal Federal Building | |
| PLAINTIFF: HAMIDREZA RAHMATOLLAH SABOOR<br><br>DEFENDANT: SEYED JAFAR JAFARI aka SAYED JAFAR SAYED MOHAMED SALEH | |
| **WRIT OF ATTACHMENT**<br>[X] AFTER HEARING    [ ] EX PARTE | CASE NUMBER:<br>2:22-cv-02225 JLS (PVCx) |

1. TO THE SHERIFF OR ANY MARSHAL OR CONSTABLE OF THE COUNTY OF:
   UNITED STATES MARSHAL FOR THE CENTRAL DISTRICT OF CALIFORNIA

2. TO ANY REGISTERED PROCESS SERVER: You are only authorized to serve this writ in accord with CCP 488.080.

3. This writ is to attach property of defendant (name and last known address):
   SEYED JAFAR JAFARI aka SAYED JAFAR SAYED MOHAMED SALEH
   5633 Newcastle Ln., Calabasas, CA 91302
   and the attachment is to secure: $ 1,745,775.00

4. Name and address of plaintiff:
   HAMIDREZA RAHMATOLLAH SABOOR
   c/o Grant & Kessler, APC
   1331 India Street, San Diego, CA 92101

5. YOU ARE DIRECTED TO ATTACH the following property or so much thereof as is clearly sufficient to satisfy the amount to be secured by the attachment (describe property and state its location; itemize by letter):
   See Attachment 1

   [X] This information is on an attached sheet.

6. [ ] An interest in the real property described in item 5 stands upon the records of the county, in the name of the following person other than the defendant:
   a. Name:
   b. Mailing address, if known, as shown by the records of the office of the county tax assessor (specify):

7. [ ] The real property on which the
      [ ] crops described in item 5 _____ are growing
      [ ] timber described in item 5 _____ to be cut is standing stands upon the records of the county in the name of
      a. Name:
      b. Address:

Date: 10/11/22          Clerk, by *Marlene Ramirez*, Deputy

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
AT-135 [Rev. January 1, 2003]
CEB Essential Forms
ceb.com

**WRIT OF ATTACHMENT**
**(Attachment)**

Saboor

Code of Civ. Proc., § 488.010

| SHORT TITLE: SABOOR V. JAFARI | CASE NUMBER: 2:22-cv-02225 JLS (PVCx) |
|---|---|

**ATTACHMENT** *(Number)* : 1
*(This Attachment may be used with any Judicial Council form.)*

(1) Interests in real property except leasehold estates with unexpired terms of less than one year;

(2) Accounts receivable, chattel paper, and general intangibles arising out of the conduct by the defendant of a trade, business, or profession, except any such individual claim with a principal balance of less than one hundred fifty dollars ($150);

(3) Equipment;

(4) Farm products;

(5) Inventory;

(6) Final money judgments arising out of the conduct by the defendant of a trade, business, or profession;

(7) Money on the premises where a trade, business, or profession is conducted by a defendant and, except for the first one thousand dollars ($1,000), money located elsewhere than on such premises and deposit accounts, such that an aggregate amount of one thousand dollars ($1,000) in the form of such money and in such accounts remain free of levy;

(8) Negotiable documents of title;

(9) Instruments;

(10) Securities; and

(11) Minerals or the like (including oil and gas) to be extracted.

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page 1 of 1
*(Add pages as required)*

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]



**ATTACHMENT**
**to Judicial Council Form**

Saboor

www.courtinfo.ca.gov