NICHOLAS S. NASSIF, BAR NO. 129434
THE LAW OFFICE OF NICHOLAS S. NASSIF
3055 Wilshire Boulevard, Suite 900
Los Angeles, California 90010
(213) 736-1899
FAX NO: (213) 736-5656
nsnassif@pacbell.net

Attorneys for Defendant
SEYED JAFAR JAFARI aka
SAYED JAFAR SAYED MOHAMED SALEH

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAMIDREZA RAHMATOLLAH SABOOR,<br><br>    Plaintiff,<br><br>vs.<br><br>SEYED JAFAR JAFARI aka SAYED JAFAR SAYED MOHAMED SALEH<br><br>    Defendant. | CASE NO. 2:22-cv-02225 JLS (PVCx)<br><br>**NOTICE OF TERMINATION OF WRIT OF ATTACHMENT**<br><br>**APN NUMBER 2049-033-047** |

NOTICE IS HEREBY GIVEN that a Writ of Attachment was recorded in the official records of Los Angeles County as a lien against the real property located at 5633 Newcastle Ln., Calabasas, CA 91302 on October 20, 2022 as instrument number 20221006320. The property is more particularly described as shown on Exhibit 1 attached hereto.

The Writ of Attachment was recorded within 90 days of the bankruptcy petition of Debtor Sayed Jafar Jafari filed on January 18, 2023 as Case Number 1:23-bk-10061-MB in the United States Bankruptcy Court, Central District of California and is therefore terminated pursuant to California Code of Civil Procedure section 493.030.

1  Attached hereto as Exhibit 2 is a true and correct copy of the Notice of Chapter 7 Bankruptcy Case of Debtor Sayed Jafar Jafari, which was filed on January 18, 2023.

DATED: August 10, 2023                        LAW OFFICES OF NICHOLAS S. NASSIF

_____
NICHOLAS S. NASSIF, Attorneys for
Defendant SEYED JAFAR JAFARI aka
SAYED JAFAR SAYED MOHAMED SALEH

Law Offices of
Nicholas S. Nassif
3055 Wilshire Boulevard, Suite 900
Los Angeles, CA 90010
Telephone: (213) 736-1899
State Bar No. 129434

**PROOF OF SERVICE**

STATE OF CALIFORNIA        )
                           ) ss.
COUNTY OF LOS ANGELES      )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: Law Offices of Nicholas S. Nassif, 3055 Wilshire Boulevard, Suite 900, Los Angeles, California 90010.

On August 10, 2023, I served the foregoing document described as **NOTICE OF TERMINATION OF WRIT OF ATTACHMENT** on the interested parties in this action by email and by first class mail on this date following ordinary business practices addressed as follows:

Manour Jafarian (CBN: 332632)
Russell M. Rad (CBN: 332525)
Artemis Law Group
5850 Canoga Ave., Suite 400
Woodland Hills, CA 91367
mansour@artemis-lawgroup.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 10th day of August 2023 at Los Angeles, California.

_____
NICHOLAS S. NASSIF

Exhibit "1"




### This page is part of your document - DO NOT DISCARD

# 20221006320




**Recorded/Filed in Official Records Recorder's Office, Los Angeles County, California**

### 10/20/22 AT 03:20PM

|  |  |
|---|---|
| FEES: | 46.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| SB2: | 75.00 |
| PAID: | 121.00 |





### LEADSHEET



### 202210200210134

### 00022867099



### 013733220

### SEQ: 01

### SECURE - Daily - Time Sensitive



**THIS FORM IS NOT TO BE DUPLICATED**



*E442318*   * * * URGENT   65987

PLEASE COMPLETE THIS INFORMATION.

RECORDING REQUESTED BY:

Phillip A. Zunshine, Esq.

AND WHEN RECORDED MAIL TO:

Phillip A. Zunshine, Esq.
GRANT & KESSLER, APC
1331 India Street
San Diego, CA 92101

*THIS SPACE FOR RECORDER'S USE ONLY*

# NOTICE OF ATTACHMENT

(Please fill in document title(s) on this line)

THIS PAGE ADDED TO PROVIDE ADEQUATE SPACE FOR RECORDING INFORMATION
(Additional recording fee applies)

9/95
Rec.Form #R25

Doc: CALOSA:2022 01006320~06037

AT-165

**ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, state bar number, and address):*

After recording return to:
Miles D. Grant, Esq. (SBN 89766)
Phillip A. Zunshine, Esq. (SBN 339010)
GRANT & KESSLER, APC
1331 India Street, San Diego, CA 92101
TELEPHONE NO.: 619-233-7078
FAX NO. *(Optional)*: 619-233-7036
E-MAIL ADDRESS *(Optional)*:
ATTORNEY FOR *(Name)*: Plaintiff

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA
STREET ADDRESS: 255 E. Temple Street
MAILING ADDRESS: 255 E. Temple Street
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: Roybal Federal Building

PLAINTIFF: HAMIDREZA RAHMATOLLAH SABOOR

DEFENDANT: SEYED JAFAR JAFARI aka SAYED JAFAR SAYED MOHAMED SALEH

**NOTICE OF ATTACHMENT**
[This form is used in connection with levy under a writ of attachment.]

CASE NUMBER: 2:22-cv-02225 JLS (PVCx)

LEVYING OFFICER *(Name and Address)*:
U.S. Marshals Service
Attn: Civil Division
350 West 1st Street, Suite 3001
Los Angeles, CA 90012

TO THE PERSON NOTIFIED *(name)*: Seyed Jafar Jafari aka Sayed Jafar Sayed Mohamed Saleh

1. Plaintiff in this action seeks to attach property in which defendant has an interest. The property to be attached is
   a. [X] *(describe property)*: Real property at 5633 Newcastle Ln., Calabasas, CA 91302, with APN 2049-033-047 and the legal description provided in Exhibit 1
   b. [ ] described in the *Writ of Attachment* and *Order for Issuance of Writ of Attachment*, attached hereto and incorporated by reference.

2. You are notified as
   a. [X] a defendant.
   b. [ ] a person other than defendant *(state capacity in which person is being notified)*.

*(Read Information for Defendant or Information for Person Other than Defendant on reverse.)*

3. A notice was filed with the
   a. [ ] Secretary of State.
   b. [ ] Department of Motor Vehicles.
   c. [ ] Department of Housing and Community Development.

4. Notice of Attachment was
   a. [ ] mailed on *(date)*:
   b. [ ] delivered on *(date)*:
   c. [ ] posted on *(date)*:
   d. [ ] filed on *(date)*:
   e. [X] recorded on *(date)*: 10/20/2022

Signed by: Kristina Banfield

[ ] Levying officer    [X] Registered process server

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
AT-165 [Rev. January 1, 2003]

CEB Essential Forms
ceb.com

**NOTICE OF ATTACHMENT**
(Attachment)

Saboor

Code of Civil Procedure
§§ 482.130, 488.060

### - INFORMATION FOR DEFENDANT -

1. The levying officer may be required to take custody of property described in item 1 in your possession or under your control. You have a right to be represented by an attorney in this lawsuit.
2. You may claim any available exemption for your property. An exemption for real property may be claimed any time before the entry of judgment. If the right to attach order or writ of attachment was issued without a noticed hearing and you wish to claim an exemption for personal property, you must do so within 30 days after the levying officer serves you with the Notice of Attachment describing the property. If you do not claim an exemption, you may lose it and the property is subject to attachment. If you wish to seek the advice of an attorney, you should do so immediately so that a claim of exemption can be filed on time.
3. Plaintiff has filed an undertaking. You have the right to object to the undertaking and may apply for an order to substitute an undertaking for your property which has been or is subject to being attached.
4. You have a duty to release tangible personal property to the levying officer. You have the rights and duties specified in Code of Civil Procedure section 488.395 if your farm products or inventory of a going business have been or are subject to attachment.
5. If the property is perishable or will greatly deteriorate in value, or for other good reason, you may apply ex parte, or if the court or court rule requires, by noticed motion, for an order appointing a receiver or directing the levying officer to take any action necessary to preserve the value of the property, including selling the property. The court may order any receiver to be paid from the proceeds of the sale of your property.
6. You may apply for a release of the attachment to the extent that the value of your interest in the property exceeds the amount necessary to satisfy the attachment.
7. You may apply to the court for an order modifying or vacating any temporary protective order in the interests of justice or for an order terminating the same upon filing an undertaking.
8. If the writ of attachment has been issued against you because you are a nonresident, you may have the right to attach order set aside by filing a general appearance.
9. If the writ of attachment was issued on an ex parte application, you may apply for an order that the right to attach order be set aside, the writ quashed, and any property levied upon pursuant to the writ be released.
10. If you recover judgment against plaintiff, you may apply for a release of all property attached by plaintiff under the Writ of Attachment. If judgment is recovered against you and you appeal, you have the right to obtain the release of your property by filing a sufficient undertaking.
11. You may object to the amount sought to be secured by the attachment.
12. You may recover damages for wrongful attachment.

### - INFORMATION FOR PERSON OTHER THAN DEFENDANT -

1. If the property attached or sought to be attached is in your possession or under your control and you do not claim the right to possession or a security interest, you must deliver the property to the levying officer. If you do not deny an obligation levied upon or do not claim a priority over the plaintiff's lien, you must pay to the levying officer the amount that is due and payable and that becomes due and payable during the period of the attachment lien. You must execute and deliver any documents needed to transfer the property.
2. You must complete the accompanying Memorandum of Garnishee.
3. If you claim ownership or the right to possession of real or personal property levied upon or if you claim a security interest in or lien on personal property levied upon, you may make a third-party claim and obtain the release of the property pursuant to Code of Civil Procedure sections 720.010-720.800.
4. If you have an interest in the property attached or sought to be attached and the property is perishable or will greatly deteriorate in value, or for other good reason, you may apply ex parte, or if the court or court rule requires, by noticed motion, for an order appointing a receiver or directing the levying officer to take any action necessary to preserve the value of the property, including selling the property. The court may order any receiver to be paid from the proceeds of the sale of your property.
5. **Make checks payable to the levying officer.**

AT-165 [Rev. January 1, 2003]   **NOTICE OF ATTACHMENT**   Page 2 of 2
CEB | Essential Forms   (Attachment)
ceb.com

Saboor

Doc: CALOSA:2022 01006320~06037

## LEGAL DESCRIPTION

THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE CITY OF CALABASAS, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AND IS DESCRIBED AS FOLLOWS:

PARCEL 1:

LOT 166 OF TRACT 39509, IN THE UNINCORPORATED AREA OF THE COUNTY OF LOS ANGELES, AS PER MAP RECORDED IN BOOK 1119, PAGES 38 THROUGH 66, INCLUSIVE, OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY, AND AS AMENDED BY CERTIFICATE OF CORRECTION RECORDED FEBRUARY 8, 1989 AS INSTRUMENT NO. 89-216257 OFFICIAL RECORDS.

PARCEL 2:

NONEXCLUSIVE EASEMENTS AS SUCH EASEMENTS ARE DESCRIBED IN THE SECTIONS ENTITLED "CERTAIN RIGHTS AND EASEMENTS RESERVED TO DECLARANT AND DECLARANT ASSIGNEES", CERTAIN EASEMENTS FOR OWNERS", AND "SUPPORT, SETTLEMENT, ENCROACHMENT AND DRAINAGE" OF THE ARTICLE ENTITLED "EASEMENTS" OF THAT CERTAIN DOCUMENT ENTITLED "DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS AND RESERVATION OF EASEMENTS FOR MOUNTAIN VIEW ESTATES, A PLANNED RESIDENTIAL DEVELOPMENT" RECORDED AUGUST 18, 1989, AS INSTRUMENT NO. 89-1333775, OFFICIAL RECORDS OF SAID COUNTY, AND ANY NOW OR HEREAFTER RECORDED AMENDMENTS AND SUPPLEMENTS THERETO.

APN: 2049-033-047

Common Street Address:

5633 Newcastle Ln.
Calabasas, CA 91302

# EXHIBIT 1

Case 2:22-cv-02225-JLS-PVC   Document 45   Filed 10/11/22   Page 1 of 2   Page ID #:291

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):<br>Miles D. Grant, Esq.    (SBN 89766)<br>Phillip A. Zunshine, Esq. (SBN 339010)<br>GRANT & KESSLER, APC<br>1331 India Street, San Diego, CA 92101<br>TELEPHONE NO.: 619-233-7078   FAX NO. (Optional): 619-233-7036<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Plaintiff | |
| UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA<br>STREET ADDRESS: 255 E. Temple Street<br>MAILING ADDRESS: 255 E. Temple Street<br>CITY AND ZIP CODE: Los Angeles, CA 90012<br>BRANCH NAME: Roybal Federal Building | |
| PLAINTIFF: HAMIDREZA RAHMATOLLAH SABOOR<br><br>DEFENDANT: SEYED JAFAR JAFARI aka SAYED JAFAR SAYED MOHAMED SALEH | |
| **WRIT OF ATTACHMENT**<br>☒ AFTER HEARING   ☐ EX PARTE | CASE NUMBER:<br>2:22-cv-02225 JLS (PVCx) |

1. TO THE SHERIFF OR ANY MARSHAL OR CONSTABLE OF THE COUNTY OF:
   UNITED STATES MARSHAL FOR THE CENTRAL DISTRICT OF CALIFORNIA

2. TO ANY REGISTERED PROCESS SERVER: You are only authorized to serve this writ in accord with CCP 488.080.

3. This writ is to attach property of defendant (name and last known address):
   SEYED JAFAR JAFARI aka SAYED JAFAR SAYED MOHAMED SALEH
   5633 Newcastle Ln., Calabasas, CA 91302
   and the attachment is to secure: $          1,745,775.00

4. Name and address of plaintiff:
   HAMIDREZA RAHMATOLLAH SABOOR
   c/o Grant & Kessler, APC
   1331 India Street, San Diego, CA 92101

5. YOU ARE DIRECTED TO ATTACH the following property or so much thereof as is clearly sufficient to satisfy the amount to be secured by the attachment (describe property and state its location; itemize by letter):
   See Attachment 1

   ☒ This information is on an attached sheet.

6. ☐ An interest in the real property described in item 5 stands upon the records of the county, in the name of the following person other than the defendant:
   a. Name:
   b. Mailing address, if known, as shown by the records of the office of the county tax assessor (specify):

7. ☐ The real property on which the
   ☐ crops described in item 5 _____ are growing
   ☐ timber described in item 5 _____ to be cut is standing stands upon the records of the county in the name of
   a. Name:
   b. Address:

Date: 10/11/22         Clerk, by  /s/ Marlene Ramirez          , Deputy

Page 1 of 1

| | | |
|---|---|---|
| Form Approved for Optional Use<br>Judicial Council of California<br>AT-135 [Rev. January 1, 2003] | **WRIT OF ATTACHMENT**<br>(Attachment)<br>Saboor | Code of Civ. Proc., § 488.010 |

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| SABOOR V. JAFARI | 2:22-cv-02225 JLS (PVCx) |

**ATTACHMENT** *(Number)* : 1

*(This Attachment may be used with any Judicial Council form.)*

(1) Interests in real property except leasehold estates with unexpired terms of less than one year;

(2) Accounts receivable, chattel paper, and general intangibles arising out of the conduct by the defendant of a trade, business, or profession, except any such individual claim with a principal balance of less than one hundred fifty dollars ($150);

(3) Equipment;

(4) Farm products;

(5) Inventory;

(6) Final money judgments arising out of the conduct by the defendant of a trade, business, or profession;

(7) Money on the premises where a trade, business, or profession is conducted by a defendant and, except for the first one thousand dollars ($1,000), money located elsewhere than on such premises and deposit accounts, such that an aggregate amount of one thousand dollars ($1,000) in the form of such money and in such accounts remain free of levy;

(8) Negotiable documents of title;

(9) Instruments;

(10) Securities; and

(11) Minerals or the like (including oil and gas) to be extracted.

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page 1 of 1
*(Add pages as required)*

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]

CEB Essential Forms
ceb.com

**ATTACHMENT
to Judicial Council Form**

Saboor

www.courtinfo.ca.gov

Doc: CALOSA:2022 01006320~06037

Exhibit "2"



| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Seyed Jafar Jafari** | Social Security number or ITIN   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 |
|  | First Name   Middle Name   Last Name | EIN   80-2021203 |
| Debtor 2 (Spouse, if filing) | _____ | Social Security number or ITIN   ____ |
|  | First Name   Middle Name   Last Name | EIN   __-_____ |
| United States Bankruptcy Court   **Central District of California** | | Date case filed for chapter  7   1/18/23 |
| Case number:   **1:23-bk-10061-MB** | | |

## Official Form 309A (For Individuals or Joint Debtors)
### Notice of Chapter 7 Bankruptcy Case -- No Proof of Claim Deadline   10/20

For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.

Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.

|   |   | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Seyed Jafar Jafari | |
| 2. | **All other names used in the last 8 years** | aka Sayed Mohamed Saleh, aka Sayed Mohamed Saleh, aka Sayed Jafar, aka Sayed Jafar, aw Buildgoal, Inc., ... | |
| 3. | **Address** | 5633 Newcastle Lane<br>Calabasas, CA 91302 | |
| 4. | **Debtor's attorney**<br>Name and address | William C Beall<br>Beall and Burkhardt, APC<br>1114 State St Ste 200<br>Santa Barbara, CA 93101 | Contact phone 805-966-6774<br>Email _____ |
| 5. | **Bankruptcy trustee**<br>Name and address | Amy L Goldman (TR)<br>633 W 5th Street, Suite 4000<br>Los Angeles, CA 90071 | Contact phone (213) 250-1800<br>Email _____ |

4/
For more information, see pages 2 and 3 >

JAN 2 3 2023

012743   51903012755011



| Debtor **Seyed Jafar Jafari** | | Case number **1:23-bk-10061-MB** |
|---|---|---|

| | | |
|---|---|---|
| **13. Proof of Debtor Identification (ID) and Proof of Social Security Number(SSN)** | The U.S. Trustee requires that individual debtors must provide to the trustee at the meeting of creditors an original picture ID and proof of SSN. Failure to do so may result in the U.S. Trustee bringing a motion to dismiss the case. Permissible forms of ID include a valid state driver's license, government or state-issued picture ID, student ID, military ID, U.S. Passport or legal resident alien card. Proof of SSN includes Social Security Card, current W-2 form, pay stub, payment advice, IRS Form 1099, Social Security Administration Report, or other official document which indicates name and SSN. | |
| **14. Failure to File a Statement and/or Schedule(s)** | **IF THE DEBTOR HAS NOT FILED A STATEMENT AND/OR SCHEDULE(S) AND/OR OTHER REQUIRED DOCUMENTS,** the debtor must do so, or obtain an extension of time to do so, within 14 days of the petition filing date. Failure to comply with this requirement, or failure to appear at the initial section 341(a) meeting of creditors and any continuance, may result in dismissal of the case, unless leave of court is first obtained. If the debtor's case has not already been dismissed, AND DEBTOR FAILS TO DO ONE OF THE FOLLOWING WITHIN 45 DAYS AFTER THE PETITION DATE, subject to the provisions of Bankruptcy Code section 521(i)(4), the court WILL dismiss the case effective on the 46th day after the petition date without further notice: (1) file all documents required by Bankruptcy Code section 521(a)(1); or (2) file and serve a motion for an order extending the time to file the documents required by this section.<br><br>**SI EL DEUDOR NO HA PRESENTADO UNA DECLARACIÓN Y/O LISTA(S) DE ACREEDORES Y/U OTROS DOCUMENTOS REQUERIDOS,** tendrá que hacerlo dentro de un plazo de 14 días a partir de la fecha de presentación de la petición o tendrá que obtener una extensión del plazo para hacerlo. Si no cumple usted este requisito, o si no comparece a la junta 341(a) inicial de acreedores o a cualquier aplazamiento, esto resultará en que se declare sin lugar el caso, a menos de que obtenga un permiso del tribunal. Si no se ha declarado sin lugar el caso del acreedor, Y EL ACREEDOR NO HACE UNA DE LAS SIGUIENTES COSAS DENTRO DE UN PLAZO DE 45 DÍAS A PARTIR DE LA FECHA DE LA PETICIÓN, de acuerdo con lo dispuesto en la sección 521(i)(4) del Código de Quiebras, el juez DECLARARÁ el caso sin lugar a partir de el 46o día después de la fecha de presentación de petición sin más notificación: (1) registrar en actas todos los documentos que requiere la sección 521(a)(1) del Código de Quiebras; o (2) registrar y hacer entrega formal de una moción para pedir una orden que extienda el tiempo en que se pueden registrar en actas los documentos que requiere dicha sección. | |
| **15. Bankruptcy Fraud and Abuse** | Any questions or information relating to bankruptcy fraud or abuse should be addressed to the Fraud Complaint Coordinator, Office of the United States Trustee, 915 Wilshire Blvd., Suite 1850, Los Angeles, CA 90017. | |

**For more information, see pages 1 and 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case --- No Proof of Claim Deadline**    page 3